United States District Court
Southern District of Texas
**ENTERED**
March 08, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA FRANCESCA FANTINI, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:16-CV-802 |
| NATIONWIDE GENERAL INSURANCE COMPANY; cp NATIONWIDE MUTUAL INSURANCE COMPANY, | § § § § | |
| Defendants. | § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Maria Francesca Fantini and Defendant Nationwide General Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

It is so ORDERED. 03/08/2017.

_____
The Honorable Alfred H. Bennett
United States District Judge